UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DAVID DELVA, :
:
                  Movant, :     12-CR-802-4 (JMF)
:     19-CV-3623 (JMF)
      -v- :
:     ORDER
UNITED STATES OF AMERICA, :
:
                  Respondent. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On May 7, 2020, the Court issued an Opinion and Order denying Petitioner David Delva's motion to "vacate, set aside, or correct" his sentence pursuant to 28 U.S.C. § 2255. Docket No. 12-CR-802-4, ECF No. 23. Delva now moves for reconsideration. *See* Docket No. 19-CV-3623, ECF No. 24. Delva presents no valid grounds for reconsideration, substantially for the reasons stated in the Government's opposition. *See* Docket No. 12-CR-802-4, ECF No. 312; Docket No. 19-CV-3623, ECF No. 30; *see also, e.g.*, *Analytical Surveys, Inc. v. Tonga Partners, L.P.*, 684 F.3d 36, 52 (2d Cir. 2012) ("It is well-settled that [a motion for reconsideration] is not a vehicle for relitigating old issues, presenting the case under new theories, securing a rehearing on the merits, or otherwise taking a second bite at the apple. Rather, the standard for granting a . . . motion for reconsideration is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked." (internal quotation marks, citations, ellipsis, and alterations omitted)). Accordingly, Delva's motion for reconsideration is DENIED.

       The Clerk of Court is directed to enter this Order on both Docket Nos. 12-CR-802-4 and 19-CV-3623, and to mail a copy of this Order to Mr. Delva.

       SO ORDERED.

Dated: August 28, 2020                           _____
       New York, New York                     JESSE M. FURMAN
                                             United States District Judge