```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
DAVID DELVA,                                                      :
                                                                  :
                        Movant,                                   :    12-CR-802-4 (JMF)
                                                                  :    19-CV-3623 (JMF)
            -v-                                                   :
                                                                  :        ORDER
UNITED STATES OF AMERICA,                                         :
                                                                  :
                        Respondent.                               :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      Leave to proceed in this Court without prepayment of fees is **denied**.  *See* ECF No. 23, at 13 ("[T]he Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and thus *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).")

      The Clerk of Court is directed to enter this Order on both Docket Nos. 12-CR-802-4 and 19-CV-3623, and to mail a copy of this Order to Delva.

      SO ORDERED.

Dated: December 30, 2020
       New York, New York

                                                JESSE M. FURMAN
                                       United States District Judge